~~SEALED~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ORDERED UNSEALED on 2/28/2023    s/ jenniferm

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>EDGAR LOPEZ FELICIANO,<br><br>               Defendant. | Case No. '23 MJ0630 BLM<br><br>**C O M P L A I N T**<br><br>Title 21 U.S.C. § 856(a)(1) and (2) – Maintaining a Drug-Involved Premises (felony); Title 21, U.S.C., Sec. 853 - Criminal Forfeiture<br><br>**[UNDER SEAL]** |

The undersigned complainant, being duly sworn, states:

### Count 1

Beginning on a date unknown and continuing up to and including on or about February 6, 2023, within the Southern District of California, defendant EDGAR LOPEZ FELICIANO, knowingly used and maintained a place located at 2182 Pointe Parkway, Spring Valley, California, for the purpose of manufacturing and distributing a controlled substance, namely anabolic steroids, Schedule III controlled substances; all in violation of Title 21, United States Code, Section 856(a)(1).

### Count 2

Beginning on a date unknown and continuing up to and including on or about February 6, 2023, within the Southern District of California, defendant EDGAR LOPEZ FELICIANO, knowingly managed and controlled a place located at 2182 Pointe Parkway, Spring Valley, California, as an owner, and knowingly and intentionally profited from, and made available for use, such place for the purpose of unlawfully storing, manufacturing, and distributing a controlled substance, namely anabolic steroids, Schedule III controlled substances; all in violation of Title 21, United States Code, Section 856(a)(2).

### Forfeiture Allegations

1.    The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 and 2, said violations being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant EDGAR LOPEZ FELICIANO, shall forfeit to the United States in any and all property constituting, or derived from, any proceeds the defendant obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2.

The property to be forfeited includes, but is not limited to: the real property located at 2182 Pointe Parkway, Spring Valley, California 91978, APN 580-241-14-00, legally described as:

> LOT 48 OF TRACT NO 4828-12 IN THE SPRING VALLEY (AREA), COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 13864, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO, AND A CERTIFICATE OF CORRECTION, RECORDED MARCH 26, 2004 AS INSTRUMENT NO 04-253010 OF OFFICIAL RECORDS
>
> APN 580-241-14-00

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

///

///

///

The complainant further states that this complaint is based on the attached statement of facts incorporated herein by reference.

*James R. Gillis*
_____
JAMES R. GILLIS, Special Agent
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  24th  day of FEBRUARY 2023.

*Barbara L Major*
_____
HON. BARBARA L. MAJOR
United States Magistrate Judge

**Statement of Facts**

I, James R. Gillis, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

I have been employed by the United States Department of Justice, Drug Enforcement Administration ("DEA"), as a Special Agent since June 2018. I am presently assigned to the DEA San Diego Field Division, Narcotic Task Force ("NTF"). During the course of my employment as a DEA Special Agent, I have investigated illicit controlled substance trafficking in San Diego and surrounding areas. I have had training and experience in controlled substance investigations, including anabolic steroids and Human Growth Hormone ("HGH") and I am familiar with the manner in which controlled substances are manufactured, packaged, marketed, distributed, and consumed. I have received training in the identification of all types of controlled substances by sight and odor. I have participated in multiple arrests for controlled substances violations. I have also debriefed defendants, confidential sources, and witnesses who had personal knowledge regarding narcotics trafficking organizations. In addition, I have discussed the methods and practices used by narcotics traffickers with numerous law enforcement officers and confidential sources. I have also participated in many aspects of drug investigations, including but not limited to, undercover or confidential source buy operations, telephone toll analysis, records research, physical and electronic surveillance activities, and wiretap investigations. In October 2018, I completed a 16-week Basic Agent's School at the DEA Academy in Quantico, Virginia, which included training and familiarization in the manufacture, cultivation, distribution, and abuse of all types of controlled substances.

*Background*

OCDETF *Operation Swoll Patrol* was a long-term investigation led by the DEA, Internal Revenue Service ("IRS"), and United States Postal Inspection Service ("USPIS") targeting a sophisticated anabolic steroids distribution network (the "FELICIANO DTO") led by San Diego resident, Edgar Lopez FELICIANO ("FELICIANO"). This San Diego based DTO is involved in the daily creation and distribution of significant quantities of anabolic steroids throughout the United States. Based on meter readings, USPIS estimates that the FELICIANO DTO distributed approximately 10,209 parcels suspected of containing anabolic steroids between June 2022 and August 2022.

FELICIANO has been involved in trafficking anabolic steroids for several years and the FELICIANO DTO has been identified as a manufacturer and distributor of

anabolic steroids throughout the United States.[1] The FELICIANO DTO markets and distributes their steroid and HGH products under the brand name "Odin Pharma." Additionally, FELICIANO is the owner and operator of two different companies that investigators believe are being used to conceal the proceeds derived from the illegal distribution of anabolic steroids and HGH. These business names are "Elite Bodies by Eddie, LLC," and "Odin Elite Apparel LLC." California Secretary of State records show that "Elite Bodies by Eddie, LLC" was registered as a limited liability company on November 3, 2015, with the initial organizer listed as C.M., Assistant Secretary, LegalZoom.com Inc. Since then, FELICIANO has filed two Statements of Information, on January 8, 2020 and September 20, 2021 with the State of California. FELICIANO is listed as the Chief Executive Officer and Manager. FELICIANO was also listed as the Agent for Service of Process and signed the most recent Statement of Information as the "CEO." The residence located at 2182 Pointe Parkway, Spring Valley, California 91978 (the "Pointe Residence") is listed as the registered business address with the State of California. California Secretary of State records show that "Odin Elite Apparel, LLC" was registered as a limited liability company on June 8, 2021, with the original organizer listed as C.M., Assistant Secretary, LegalZoom.com Inc. Since then, FELICIANO has filed two Statements of Information, on July 7, 2021 and October 6, 2021 with the State of California. FELICIANO is listed as a "Manager or Member," and he signed the most recent Statement of Information as the "CEO."

Based on the investigation, agents believe FELICIANO purchases his anabolic steroid powders from sources of supply located in China and Turkey. Agents further believe that FELICIANO utilizes email accounts to communicate with these foreign sources of supply. Between 2018 and 2021, agents identified multiple financial accounts held in FELICIANO's name and his (FELICIANO's) businesses and the total amount of deposits into these accounts was approximately $7 million; and, over $2.5 million in wire transfers sent from these accounts by FELICIANO or third parties on behalf of

---

[1] For example, in February 2017, DEA received information that an international parcel (containing anabolic steroids) had been shipped from Hong Kong and arrived at a United Parcel Service ("UPS") facility in Chula Vista had been damaged in transit. Agents interviewed FELICIANO when he attempted to retrieve the parcel.
FELICIANO made the following statements: FELICIANO admitted knowledge that the parcel contained one kilogram of "Dbol" (referring to Dianabol; brand name for the chemical Methandrostenolone, an anabolic steroid) and one kilogram of "test" (referring to testosterone). FELICIANO admitted to purchasing raw anabolic steroid powders from China over the internet via Skype. According to FELICIANO, the price of one kilogram of Dbol was purportedly $1,000.00 USD and the price of one kilogram of testosterone was $500.00 USD. FELICIANO further stated that he (FELICIANO) used MoneyGram and Western Union to pay his overseas suppliers for the steroid powders.

FELICIANO were directed to overseas entities believed to be involved in the production and distribution of Schedule III Controlled Substances.

In March 2021, U.S. Customs and Border Protection ("CBP") intercepted a pill press shipped from China to "Elite Bodies by Eddie, LLC," at the Pointe Residence. As mentioned previously, "Elite Bodies by Eddie, LLC" is a business that is registered to FELICIANO. CBP seized the pill press due to the fact that a DEA Form 452 was not submitted prior to the importation of a table press machine or "pill press." A DEA Form 452 was retroactively created by the following user on March 5, 2021: "EDGARFELICIANO68". The DEA Form 452 listed the following as a point of contact: "Edgar L. Feliciano, (619) 244-5364." On March 15, 2021, agents observed FELICIANO personally accept delivery of the pill press at the Pointe Residence. Based on subsequent seizures of anabolic steroids originating from the Pointe Residence, agents believe that FELICIANO and his co-conspirators continue to use the pill press to create, manufacture and distribute Schedule III anabolic steroids from the Pointe Residence.

### FELICIANO Using and Maintaining Pointe Residence, a Drug-Involved Premises

According to San Diego County Records, FELICIANO purchased the Pointe Residence in March of 2018. Title to the property is held in his name as an unmarried man together with M.M., a single woman as joint tenants. Since 2018, law enforcement has observed FELICIANO at the Pointe Residence on numerous occasions (including the seizures detailed below), and has seized parcels containing Schedule III anabolic steroids originating from the Pointe Residence in 2018, 2020, 2021, 2022, and as recent as February 6, 2023. Further, FELICIANO's bank records show that FELICIANO has historically paid the monthly mortgage payment for the Pointe Residence since FELICIANO purchased the Pointe Residence. Lastly, according to San Diego County Records, FELICIANO remains on Title for the Pointe Residence as of January 2023.

### November 2018 Seizure of Steroids Originating from Pointe Residence

During November 2018, agents were conducting surveillance at the Pointe Residence when agents observed a male individual walk out of the Pointe Residence with several packages and parcels. The male individual traveled from the Pointe Residence to the Spring Valley Casa De Oro Post Office where the individual mailed the parcels. Law enforcement seized one of the mailed parcels and searched the parcel subsequent to a search warrant, which revealed fifteen vials of Testosterone, a Schedule III Controlled Substance, and ten bottles of Anavar, a Schedule III Controlled Substance.

*March 9, 2020 Seizure of Steroids Originating from Pointe Residence*

On March 9, 2020, agents were conducting surveillance at the Pointe Residence. During this time, agents observed a female individual exit the Pointe Residence and place multiple parcels into a black Lincoln Navigator ("Navigator") registered to "Elite Bodies by Eddie LLC" (one of FELICIANO'S businesses) before departing the area. Agents followed the Navigator to the Spring Valley Post Office and seized two of the parcels mailed by the female individual originating from Pointe Residence. Following a search of the two parcels pursuant to federal search warrants, agents discovered the following Schedule III anabolic steroids: 2 vials Sustanon 300mg, 2 vials Testosterone Enanthate 250mg, 5 vials Odintropin 150iu (HGH), 2 bottles Anavar Tablets 25mg 100ct, 2 vials Trenbolone Hexahydrobe-nzylcarbonate 76mg, Testosterone Decanoate 90mg, Testosterone Cypionate 150mg, Testosterone Isocaproate 75mg, Testosterone Phenylpropionate 75mg, Testosterone Propionate 60mg, Testosterone Acetate 50mg, 4 vials Methetolone Enanthate 100mg, and 2 vials Boldenone Undecylenate 200mg.

*January 21, 2022 Seizure of Steroids Originating from Pointe Residence*

On January 21, 2022, agents observed a male individual exit the Pointe Residence carrying a plastic bag. Agents observed the male individual open the trunk of a vehicle parked outside of the Pointe Residence and place the items contained within the plastic bag inside of a box in the trunk. Agents followed the vehicle as it proceeded to a nearby UPS store. Upon arrival, the male individual retrieved the white box from the trunk and went inside of the UPS store. Approximately ten minutes later, the male individual exited the UPS store empty handed, entered his vehicle and departed the area. Agents went into the UPS store and with the assistance of a UPS employee, located the white box that was dropped off by the male individual and detained it.

On January 25, 2022, agents searched the white box pursuant to a federal search warrant and seized overtly labeled steroids including, but not limited to, four 10ml vials of "Testosterone E 250," a Schedule III Controlled Substance; five bottles of "Anavar" 25mg tablets, a Schedule III Controlled Substance, each bottle containing approximately 100 tablets, and HGH.

*December 23, 2022 Seizure of Steroids Originating from Pointe Residence*

On December 23, 2022, agents conducted surveillance at the Pointe Residence. At approximately 2:00 p.m., agents observed FELICIANO in the driveway of the Pointe Residence. At approximately 3:29 p.m., agents observed four individuals exit the Pointe Residence and load cardboard boxes filled with parcels into the back of the Navigator. Shortly thereafter, the Navigator left the Pointe Residence and was followed as it traveled to the Spring Valley Post Office. At approximately 3:59 p.m., agents observed

FELICIANO exit the Pointe Residence and enter a Mercedes sedan with a temporary license plate and depart the area.

At approximately 3:39 p.m., agents observed two male individuals unload the parcels at the rear loading dock of the Post Office and then leave the loading dock area. With the assistance of U.S. postal employees, agents identified and located 165 parcels left by the occupants of the Navigator. All of these parcels listed the same return address information. Agents also recognized that the majority of the 165 parcels were packaged in a brown Uline Padded Mailers, approximately 8.75" x 6.25," with a distinctive green line at the edge of the shipping label.

On December 30, 2022, agents searched five mail parcels seized on December 23, 2022, pursuant to federal search warrants issued on December 29, 2022. Discovered within the parcels were overtly labeled anabolic steroids, some in pill-form such as Anavar Tablets, a Schedule III Controlled Substance.

### February 6, 2023 Seizure of Steroids Originating from Pointe Residence

On February 6, 2023, agents conducted surveillance at the Pointe Residence. At approximately 4:09 p.m., agents observed FELICIANO at the Pointe Residence. At approximately 4:46 p.m., agents observed two male individuals exit the Pointe Residence and load cardboard boxes filled with parcels into a black Lincoln Aviator ("Aviator") registered to "Elite Bodies by Eddie, LLC." Agents then followed the Aviator as it departed the Pointe Residence and proceeded to the Spring Valley Post Office. Investigators observed two male individuals unload the parcels at the rear loading dock of the Post Office and then exit the parking lot in the Aviator. After the Aviator left the parking lot, law enforcement proceeded to the rear loading dock of the Post Office and located 306 parcels, the majority of which were packaged in brown Uline Padded Mailers approximately 8.75" x 6.25" with a distinctive green line at the bottom of the shipping label similar to previous parcels seized during the course of this investigation. The 306 parcels all contained the same return address information.

On February 13, 2023, agents searched the three mail parcels seized on February 6, 2023, pursuant to federal search warrants issued on February 9, 2023. Discovered within the parcels were overtly labeled Schedule III anabolic steroids, some in pill-form.

Based upon my training and experience and knowledge of this investigation, the numerous seizures of anabolic steroids originating from the Pointe Residence, FELICIANO's previous admissions regarding the distribution of steroids and the purchase of raw anabolic steroid powders from China, I believe FELICIANO knowingly uses and maintains and makes available for use by others, the Pointe Residence, for

the purposes of manufacturing and distributing anabolic steroids, a Schedule III Controlled Substance.