RANDY S. GROSSMAN
United States Attorney
RYAN A. SAUSEDO
Assistant U.S. Attorney
California Bar No. 264075
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
T: (619) 546-9689

Attorneys for UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR LOPEZ FELICIANO,<br><br>Defendant. | Case No. 23mj0630-BLM<br><br>MOTION TO UNSEAL AND ORDER THEREON<br>CASE NO. 23MJ0630-BLM |

    The United States of America, by and through its counsel, moves to unseal the criminal case of *United States v. Edgar Lopez Feliciano*, S.D. Cal. Crim. Case. No. 23mj0630-BLM.

    On February 24, 2023, the Hon. Barbara L. Major, United States Magistrate Judge, Southern District of California, issued a two-count complaint, under seal, charging Defendant with violations of Title 21, United States Code, Section 856(a)(1) and (a)(2) ("Maintaining a Drug-Involved Premises") and issued a warrant for Defendant's arrest, based on the ongoing covert investigation and the potential for Defendant to flee to avoid prosecution, destroy or discard evidence, and otherwise jeopardize the investigation.

///
///
///
///

At this time, the United States respectfully moves to unseal S.D. Cal. Crim. Case No. 23mj0630-BLM, as the investigation is no longer covert and the Defendant has been detained by law enforcement.

DATED: February 28, 2023

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*Ryan A. Sausedo*
RYAN A. SAUSEDO
Assistant U.S. Attorney

**SO ORDERED.**

DATED: February 28, 2023

HON. KAREN S. CRAWFORD
United States Magistrate Judge,
Southern District of California