| | |
|---|---|
| 1 | **LAUREN J. CLARK** |
|   | California State Bar No. 308211 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
|   | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5030 |
|   | Telephone: (619) 234-8467 |
| 4 | Facsimile: (619) 687-2666 |
|   | Lauren_Clark@fd.org |
| 5 | |
|   | Attorneys for Edgar Lopez Feliciano |
| 6 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  23-MJ-0630-BLM |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| EDGAR LOPEZ FELICIANO, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Lauren Clark, Federal Defenders of San Diego, Inc., hereby gives notice that she is lead counsel in the above-captioned case.

Respectfully submitted,

Dated:  March 2, 2023          *s/ Lauren J. Clark*
Federal Defenders of San Diego, Inc.
Attorneys for Edgar Lopez Feliciano
Email:  Lauren_Clark@fd.org